In re Petition for DISCIPLINARY AC-
TION AGAINST James M. MADSON, an
Attorney at Law of the State of Minne-
sota.

No. C5–97–1072.

Supreme Court of Minnesota.

Jan. 22, 1998.

### *ORDER*

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition and a supplemental petition for disciplinary action alleging that respondent James M. Madson has committed profession-al misconduct warranting public discipline, namely, as personal representative of his fa-ther's estate, he failed to promptly close the estate, failed to maintain proper estate books and records, misappropriated funds from the estate, and in two other matters, failed to appear for court scheduled conferences in client matters, and failed to cooperate with the Director's investigation of these matters; and

WHEREAS, respondent withdraws the an-swer he filed, waives his rights pursuant to Rule 14, Rules on Lawyers Professional Re-sponsibility (RLPR), unconditionally admits the allegations of the petition and supple-mental petition, and has entered into a stipu-lation with the Director in which they jointly recommend that the appropriate discipline is a 12–month suspension and that the rein-statement hearing provided for in Rule 18, RLPR, is not waived and that any reinstate-ment is additionally conditioned on the fol-lowing:

a. Payment of costs in the amount of $900 plus interest and disbursements in the amount of $455.65 plus interest pursu-ant to Rule 24(d), RLPR;

b. Compliance with Rule 26, RLPR;

c. Successful completion of the profes-sional responsibility examination pursuant to Rule 18(e);

d. Satisfaction of the continuing legal education requirements pursuant to Rule 18(e), RLPR;

e. Demonstration by clear and convinc-ing evidence of respondent's psychological fitness to practice law; and

f. Restitution to [a named individual] of $1,500 plus statutory interest, and

WHEREAS, this court has independently reviewed the record and agrees that the jointly recommended discipline is appropri-ate,

IT IS HEREBY ORDERED that respon-dent James M. Madson is suspended for 12 months, effective 14 days from the date of this order, and that any reinstatement is subject to the agreed to conditions set out above. The Director is awarded $900 plus interest in costs and $455.65 plus interest in disbursements.

BY THE COURT:

/s/ <u>Alan C. Page</u>
Alan C. Page
Associate Justice